UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DEANGELO WINSTON,

                Plaintiff,

v.                                            Case No. 5:11-cv-644-Oc-35TBS

D. DREW, Warden – FCC COLEMAN, et. al.,

                Defendants.
_____

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Defendants, without waiving any defenses, respectfully file this motion, seeking an additional 30 days, up to and including May 16, 2012, in which to submit an answer or otherwise respond to the Complaint before the Court (Doc. 1).

Pursuant to L.R. 3.01(g), the undersigned certifies that Petitioner is a federal prisoner who is representing himself *pro se*. As such, it is requested that the Rule 3.01(g) consultation requirement be waived.

                                              Respectfully submitted,

                                              ROBERT E. O'NEILL
                                              United States Attorney

                  By:    /s/ Jeffrey T. Middendorf
                            JEFFREY T. MIDDENDORF
                            Special Assistant United States Attorney
                            United States Attorney No. 117
                            Post Office Box 1029
                            Coleman, FL 33521-1029
                            Telephone:   (352) 689-7382
                            Fax:             (352) 689-7388
                            Email:          jmiddendorf@bop.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 16, 2012, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system. I further certify that on the same day a copy of the foregoing document and notice of electronic filing was furnished by U.S. mail to the following non-CM/ECF participant:

Deangelo Winston
Reg. No. 35437-044
United States Penitentiary II
FCC Coleman
P.O. Box 1034
Coleman, Florida  33521

                                                             /s/ Jeffrey T. Middendorf
                                                             JEFFREY T. MIDDENDORF
                                                             Special Assistant United States Attorney